UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WAYNE ARNOLD, :
Plaintiff, :
v. : C.A. No. CA 07 373ML
JOHNSON TRUCK BODIES, INC., :
Defendant. :

**PETITION FOR REMOVAL**

Johnson Truck Bodies, Inc. ("Johnson Truck"), Defendant in the above-entitled cause, for the purpose only of removing this cause to the United States District Court for the District of Rhode Island, states:

1. State Court Action. This is an action filed on or about September 26, 2007 in the Superior Court, County of Providence, State of Rhode Island being numbered C.A. No. 07-4583 on the docket of said court and being a suit by Plaintiff Wayne Arnold ("Arnold") against Johnson Truck.

2. Federal Jurisdiction. As alleged in paragraphs 1-2 of the Complaint, Plaintiff Arnold is a resident of the State of Rhode Island with an address of 358 Camp Dixie Road, Pascoag, Rhode Island. Defendant Johnson Truck is a corporation incorporated under the laws of the State of Wisconsin with its principal place of business located at 215 E. Allen Street, Rice Lake, Wisconsin. The amount in controversy exceeds Seventy-five Thousand ($75,000.00) Dollars, exclusive of interest and costs. Accordingly, this Court has original jurisdiction over

this matter based upon complete diversity of citizenship, pursuant to 28 U.S.C. § 1332(a), and the above-described civil action is one which may be removed pursuant to 28 U.S.C. § 1441.

3. Timeliness of Removal Petition. Defendant Johnson Truck was served on October 4, 2007 when their attorney, Mark A. Pogue of Providence, Rhode Island, received a Summons and a copy of the Complaint on behalf of Johnson Truck. Removal of this action is therefore timely under 28 U.S.C. § 1446(b).

4. Relief Requested. Defendant Johnson Truck respectfully requests that the United States District Court for the District of Rhode Island accept this Petition for Removal and that it assume jurisdiction of this cause and issue such further orders and processes as may be necessary to bring before it all parties necessary for the trial hereof.

JOHNSON TRUCK BODIES, INC.

By their Attorneys,

Mark A. Pogue (#3441)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611 Telecopy

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of October, 2007, I caused a true copy of the within Petition for Removal to be delivered by regular mail, postage prepaid to:

Stephen M. Litwin, Esq.
194 Waterman Street
Providence, RI 02906



PRV_911117_1/SSEAMANS