STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

WAYNE ARNOLD :
:
vs. : C.A. No: 07 - 4583
:
JOHNSON TRUCK BODIES, INC . :

## COMPLAINT FOR DECLARATORY JUDGMENT

1. Plaintiff, Wayne Arnold, is a resident of the State of Rhode Island with an address of 358 Camp Dixie Road, Pascoag, Rhode Island.

2. Defendant, Johnson Truck Bodies, Inc., is, upon information and belief, a Wisconsin Business Corporation, with its principal place of business at 215 E. Allen Street, Rice Lake, Wisconsin.

3. This action is brought under Section 9-30-3 of the Rhode Island Uniform Declaratory Judgment Act.

## JURISDICTION

4. The State of Rhode Island has jurisdiction over this matter in that Defendant, Rich Heritage, Inc. has the required minimum contacts under R.I.G.L. 9-5-33.

## COMPLAINT

5. On or about December 5, 2003 Plaintiff and Defendant executed a document entitled, "Employee Invention, Secrecy Agreement and Covenant Not To Compete" (herein "Document").

6. Defendant has alleged of Plaintiff that Plaintiff is participating in activity which violates the terms and conditions of the document.

7. Plaintiff contends that said Agreement by its own terms and conditions is overly broad and burdensome and thus, invalid and unenforceable.

8. The disagreement between Plaintiff and Defendant has created an actual case or controversy.

WHEREFORE, Plaintiff, Wayne Arnold prays for the following relief:

1. For a judgment declaring and adjudicating the respective rights and duties of Plaintiff and Defendant under said document.

2. For Plaintiff's costs, including reasonable attorneys fees, incurred herein.

3. For such other and further relief as this Court shall deem just and proper.

Wayne Arnold
By His Attorney

Stephen M. Litwin

Stephen M. Litwin, Esquire
Bar No: 2974
194 Waterman Street
Providence, RI 02906
tel: 401,273,4400
fax: 401,331,5712.