UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WAYNE ARNOLD, Plaintiff, | : | |
| v. | : | C.A. No. 07-373 ML |
| JOHNSON TRUCK BODIES, INC., Defendant. | : | |

**LOCAL RULE 81(b) STATEMENT**

Pursuant to Local Rule 81(b) of the United States District Court for the District of Rhode Island, attached hereto are certified copies of the State court records and proceedings, including a certified copy of the State court docket entries, in the matter of Wayne Arnold v. Johnson Truck Bodies, Inc., C.A. No. PC07-4583.

JOHNSON TRUCK BODIES, INC.

By their Attorneys,

Mark A. Pogue (#3441)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611 Telecopy

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of October, 2007, I caused a true copy of the within Local Rule 81(b) Statement to be delivered by regular mail, postage prepaid to:

Stephen M. Litwin, Esq.
194 Waterman Street
Providence, RI 02906



PRV_911124_1/SSEAMANS

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2007-4583 WAYNE ARNOLD V JOHNSON TRUCK BODIES INC

Filing Date: 08-31-2007
Case Status: CLOSED DURING DISCOVERY

Case Type: DECLARATORY JUDGMENT
Status Date: 10-05-2007

Plaintiff: WAYNE ARNOLD
ID: @10925694

Attorney: STEPHEN LITWIN

Defendant: JOHNSON TRUCK BODIES INC
ID: @10925695

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 08-31-2007 | COMPLAINT FILED | |
| 08-31-2007 | INITIAL FILING FEE | |
| 08-31-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCP255561. |
| 10-05-2007 | NOTICE OF REMOVAL | Affiliated: JOHNSON TRUCK BODIES INC |
| 10-05-2007 | CASE REMVD TO US DISTRICT CT | US DISTRICT COURT #CA 07 373 ML |
| 10-05-2007 | OTH DOC FILED DURING DISCOV | |

rue Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island