UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WAYNE ARNOLD,<br>Plaintiff,<br>v.<br>JOHNSON TRUCK BODIES, INC.,<br>Defendant. | Civil Action No. 07-373-ML |

**ANSWER AND COUNTERCLAIM**

Defendant Johnson Truck Bodies, Inc. ("Johnson") hereby responds to the correspondingly numbered allegations in the Complaint as follows.

1. Johnson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1.

2. With respect to the allegations in paragraph 2, Johnson denies that it is a Wisconsin corporation. The remaining allegations are admitted.

3. The statement in paragraph 3 constitutes a description of the action as to which no response is required.

**"Jurisdiction"**

4. The statement in paragraph 4 constitutes a legal conclusion as to which no response is required.

**"Complaint"**

5. Johnson admits the allegations in paragraph 5.

6. With respect to the allegations in paragraph 6, Johnson admits that it objected when

plaintiff violated the terms of the Employee Invention, Secrecy Agreement And Covenant Not To Compete he executed with Johnson.

7. Johnson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 7.

8. Johnson admits the allegations in paragraph 8.

**First Affirmative Defense**

The Complaint fails to state a claim upon which relief can be granted.

**Second Affirmative Defense**

Plaintiff's request for declaratory relief is barred by the doctrines of waiver and estoppel.

**Third Affirmative Defense**

Plaintiff has acted with unclean hands.

WHEREFORE, Johnson requests that the Complaint be dismissed with prejudice and that Johnson be awarded its costs, reasonable attorney fees, and such other relief as this Court deems appropriate.

Johnson Truck Bodies, Inc.
By its attorneys,

/s/ Mark A. Pogue

Mark A. Pogue (#3441)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
401.274.9200

## COUNTERCLAIM

For its counterclaim, counterclaim-plaintiff Johnson Truck Bodies, LLC ("Johnson") avers as follows:

### The Parties

1. Counterclaim-plaintiff Johnson is a Delaware corporation with its principal place of business in Lake Rice, Wisconsin.

2. Counterclaim-defendant Wayne Arnold ("Arnold") is an individual. Upon information and belief, Arnold resides in Rhode Island.

### Jurisdiction And Venue

3. This Court has subject-matter jurisdiction over Johnson's counterclaim pursuant to 28 U.S.C. §1332 and principles of supplemental jurisdiction.

4. Venue is proper in this district pursuant to 28 U.S.C. §1391(a).

### Factual Background

5. Johnson is engaged in the design and manufacture of custom engineered, high-quality, molded fiberglass refrigerated truck bodies and trailers.

6. On November 5, 2003, Johnson and its then-employee Arnold entered into an Employee Invention, Secrecy Agreement And Covenant Not To Compete (the "Agreement"). A copy of the Agreement is attached as Exhibit A.

7. In the Agreement, Arnold promised that upon termination of his employment with Johnson, he would return to Johnson, and would not retain, any documents or other materials containing confidential information of Johnson. In addition, Arnold promised in the Agreement not to disclose to third parties any confidential information belonging to Johnson.

8. During the course of his employment for Johnson, Arnold was given files relating to

Johnson's customers. These customer files contained confidential information belonging to Johnson.

9. On or about August 23, 2007, Arnold's employment with Johnson terminated. Arnold thereby became obligated to return to Johnson all documents and other materials in his possession containing confidential information belonging to Johnson, including Johnson's customer files.

10. Despite demand, and in violation of the Agreement, Arnold has failed and refused to return Johnson's customer files. When Arnold returned Johnson's laptop computer to Johnson, the customer file information in the computer had been deleted.

11. Upon information and belief, Arnold has also violated the Agreement by misusing confidential information belonging to Johnson. In particular, upon information and belief Arnold solicited employment from one or more competitors of Johnson by suggesting that he was in possession of confidential information belonging to Johnson which he would disclose to the competitor in return for employment.

**Count One**

12. Johnson incorporates by reference its allegations in paragraphs 1-11 above.

13. By failing to return Johnson's customer files and other materials containing confidential information belonging to Johnson, Arnold has breached the Agreement. As a proximate result of this breach, Johnson has been damaged in an amount to be determined at trial.

**Count Two**

14. Johnson incorporates by reference its allegations in paragraphs 1-11 above.

15. Arnold has violated the Agreement by misusing confidential information belonging

to Johnson. As a proximate result of this violation, Johnson has been damaged in an amount to be determined at trial.

WHEREFORE, Johnson requests that judgment enter in its favor against Arnold in an amount to be determined at trial, together with its costs, reasonable attorney fees, and such further relief as this Court deems appropriate.

Johnson Truck Bodies, Inc.
By its attorneys,

/s/ Mark A. Pogue

Mark A. Pogue (#3441)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
401.274.9200

Dated: October 24, 2007

**Certificate of Service**

I hereby certify that on the 24th day of October, 2007 a copy of the foregoing Answer and Counterclaim was served by ECF to:

Stephen M. Litwin, Esq.
One Ship Street
Providence, RI 02903

/s/ Mark A. Pogue