UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WAYNE ARNOLD
*Plaintiff*

VS. C.A. NO.: 07-373

JOHNSON TRUCK BODIES, INC.
*Defendant*

OBJECTION TO PETITION FOR REMOVAL

Now comes the Plaintiff, Wayne Arnold, in the above entitled case and hereby objects to Defendant, Johnson Truck Bodies, Inc., petition for removal of the above captioned matter from Superior Court, Rhode Island to the United States District Court for the District of Rhode Island.

In support thereof, Plaintiff relies upon the Memorandum of Law attached hereto.

Wayne Arnold
By His Attorney

/s/ Stephen M. Litwin
Stephen M. Litwin, Esquire
Bar No: 2974
1 Ship Street
Providence, RI 02903
Tel: (401) 273-5155
Fax: (401) 273-5751

**CERTIFICATION**

I hereby certify that a true copy of the within Objection was mailed by first class mail to Defendant's Attorney Mark A. Pogue, Esquire, 2800 Financial Plaza, Providence, Rhode Island 02903 on the 25th day of October 2007.

/s/litwin____________________________