To: John Sommer
From: Wayne Arnold
Subject: Job Offer and Compensation Plan

In regards to the package you are proposing I have a couple of questions and adjustments to discuss.

What is the compensation rate when a body is sold through a distributor?
Are their any "house accounts" or special agreements with your current distributors?
Can you provide me a list of distributors and their agreements in the territory that I will be covering?

Is the Hackney body included in Ryder's "special pricing" which generates 1/2% commissions? If so, this is where I see my ability to "up sell" this product with the fiberglass exterior panel to Johnson Truck Body customers and close the $5,000.00 to $7,000.00 price gap we discussed. I am presently working on over $1,000,000.00 in business that I would bring to Kidron. Not to mention the business that I can bring with the in floor gate system.

Car Allowance: The rate that Kidron currently pays is below the industry standard.

When I left Supreme seven years ago they where using a company called Ronzhmers for the different areas of the country with different costs of living. At that time I was receiving a monthly base of $578.00 and .15 cents per mile.

Supreme is currently paying $640.00 plus $.234 cents per mile as of 2007-08

I am currently traveling 30,000 to 35,000 miles per year and the costs to purchase, operate and maintain a vehicle over a 48 month period are well above the proposed car allowance. The monthly reimbursement needs to be increased by at least $2,100.00 per year based on current costs.

I am very excited to make this employment change and look forward to both parties being satisfied.

I look forward to further discussions
Thank you
Wayne Arnold

EXHIBIT
A