UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WAYNE ARNOLD
*Plaintiff*

VS. C.A. NO.: 07-373-ML

JOHNSON TRUCK BODIES, INC.
*Defendant*

**COUNTERCLAIM-DEFENDANT, WAYNE ARNOLD'S RESPONSE TO COUNTERCLAIM-PLAINTIFF, JOHNSON TRUCK BODIES, INC. COUNTERCLAIM**

Now comes Counterclaim-Defendant, Wayne Arnold ("Arnold") and hereby responds to Counterclaim-Plaintiff, Johnson Truck Bodies, Inc. ("Johnson") Counterclaim as follows:

**The Parties**

1. Arnold lacks knowledge as regards the information contained in paragraph 1 and, therefore leaves Johnson to its proof.
2. Admit.

**Jurisdiction and Venue**

3. Denied.
4. Denied.

## Factual Background

5. Arnold neither admits nor denies the information contained in Paragraph 5 and, therefore leaves Johnson to its proof.
6. Denied. The document speaks for itself and it was signed on December 5, 2003.
7. Admit.
8. Arnold neither admits nor denies the information contained in Paragraph 8 and, therefore leaves Johnson to its proof.
9. Admit.
10. Denied.
11. Denied.

## Count One

12. Arnold restates his answers to Paragraph 1 though 11 above, as if fully set forth herein.
13. Denied.

## Count Two

14. Arnold restates his answers to Paragraph 1 though 13 above, as if fully set forth herein.
15. Denied.

**WHEREFORE,** Arnold requests that Johnson's counterclaim be denied and dismissed and that Arnold be awarded attorney's fees and such further relief as this Court shall deem just in defense thereof.

***FIRST AFFIRMATIVE DEFENSE***

The Counterclaim fails to state a claim upon which relief can be granted.

***SECOND AFFIRMATIVE DEFENSE***

Arnold pleads as his second affirmative defense performance in that Arnold has returned all of the information requested to be returned by Johnson.

Arnold
By his Attorney

/s/Stephen M. Litwin
Stephen M. Litwin, Esquire
Bar Code No. 2974
One Ship Street
Providence, Rhode Island 02903
Tel: (401) 273-5155
Fax: (401) 273-5751

CERTIFICATION

I, the undersigned, do hereby certify that I mailed a copy of the within Affirmative Defenses to Counterclaim by first class mail, postage prepaid to, Mark A. Pogue, Esquire, Edwards Angell Palmer & Dodge, LLP, 2800 Financial Plaza, Providence, Rhode Island, 02903 on the 13th day of November 2007.

/s/ Stephen M. Litwin