**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

WAYNE ARNOLD
*Plaintiff*

VS. C.A. NO.: 07-373

JOHNSON TRUCK BODIES, INC.
*Defendant*

**PLAINTIFF'S PRETRIAL CONFERENCE STATEMENT**

**Facts**: The case before the Court concerns a document executed by the Plaintiff, Wayne Arnold (herein "Arnold"), back on December 5, 2003, that document being entitled "Employee Invention, Secrecy Agreement and Covenant Not To Compete" (herein "Document").

Arnold was hired by the Defendant, Johnson Truck Bodies, Inc. (herein "Johnson") on/or about December 1, 2003 by his acceptance of Johnson's offer of employment contained in correspondence from Johnson to Arnold dated November 21, 2003. Upon being employed by Johnson, Arnold gave notice of his new employment to his then existing employer. Thereafter, and subsequent to his executing the employment correspondence, Arnold was flown from Rhode Island to Wisconsin for orientation with Johnson. At this orientation, Arnold was presented with the Document and informed that that Document needed to be executed. Arnold was not provided with an opportunity to have counsel review the Document on his behalf. At that time, Arnold felt that if he did not execute the Document, Johnson would not employ him. Thus, on December 5, 2003, four days after executing his Employment Agreement, Arnold executed the Document.

On/or about August 8, 2007, Arnold gave notice to Johnson that he was leaving their employment for a new job. Upon learning of Arnold's plans, Johnson forwarded correspondence both to Arnold and his new employer, Kidron Corporation regarding the

existence of the executed Document. While Kidron wished to continue to employ Arnold, they informed him that they would not do so until such time as he resolved his problems with Johnson over the interpretation and enforcement of the Document.

**Legal Issues**:

Arnold commenced a Declaratory Judgment Action seeking an interpretation of both the enforcement and validity of the Document. Once interpreted by the Court, the parties would know their respective rights as regards the enforcement and validity of the Document which would bring much of the dispute between the parties to a conclusion.

Wayne Arnold
By His Attorney

/s/ Stephen M. Litwin____________
Stephen M. Litwin, Esquire
Bar No: 2974
1 Ship Street
Providence, RI 02903
Tel: (401) 273-5155
Fax: (401) 273-5751

**CERTIFICATION**

I hereby certify that a true copy of the within Objection was mailed by first class mail to Defendant's Attorney Mark A. Pogue, Esquire, 2800 Financial Plaza, Providence, Rhode Island 02903 on the 21st day of November 2007.

/s/ Stephen M. Litwin_________