UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WAYNE ARNOLD,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON TRUCK BODIES, INC.,<br><br>Defendant. | Civil Action No. 07-373-ML |

**RULE 16 STATEMENT OF**
**DEFENDANT-COUNTERCLAIMANT JOHNSON TRUCK BODIES, INC.**

Pursuant to this Court's pre-trial Order dated October 29, 2007, defendant-counterclaimant Johnson Truck Bodies, Inc. ("Johnson") hereby submits its Rule 16 statement.

**Factual Background**

Johnson is a Delaware corporation with its principal place of business in Lake Rice, Wisconsin. Plaintiff Wayne Arnold ("Arnold") is an individual. Johnson formerly employed Arnold as a sales representative.

On November 5, 2003, Johnson and Arnold entered into an agreement captioned Employee Invention, Secrecy Agreement And Covenant Not To Compete (the "Agreement"). In the Agreement, Arnold promised that upon termination of his employment with Johnson, he would return to Johnson, and would not retain, any documents or other materials containing confidential information of Johnson. In addition, Arnold promised in the Agreement not to disclose to third parties any confidential information belonging to Johnson.

During the course of his employment for Johnson, Arnold was given files relating to Johnson's customers. These customer files contained confidential information belonging to Johnson.

On or about August 9, 2007, Arnold resigned his employment with Johnson. He thereby became obligated to return to Johnson all documents and other materials in his possession containing confidential information belonging to Johnson, including Johnson's customer files. Despite demand, however, Arnold has failed and refused to return the customer files.

Johnson learned later that, even before resigning, Arnold had accepted employment with Kidron, Inc. ("Kidron"), a competitor of Johnson. Moreover, in a letter to Kidron (created on his Johnson computer), Arnold boasted that he would be able to bring $1 million worth of business to Kidron. It is apparent that Arnold intended to use the confidential customer information he took from Johnson to implement his plan of shifting $1,000,000 of business to Kidron.

Kidron's employment of Arnold has ended. Johnson suspects, however, that Arnold shared with Kidron some of the proprietary customer information he took from Johnson.

**Legal Claims**

Arnold filed a declaratory judgment action in the Superior Court for Providence County. He seeks a declaration that the Agreement is unenforceable.

Johnson removed the case to this Court and has asserted a counterclaim which alleges that Arnold has breached the Agreement. Johnson seeks money damages to compensate it for the damage Arnold has caused because of his breach of the Agreement.

**Legal Issues**

Johnson is not aware of any unusual legal issues that may arise in this case.

Johnson Truck Bodies, Inc.
By its attorneys,

/s/ Mark A. Pogue

Mark A. Pogue (#3441)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
401.274.9200

Dated: November 26, 2007

## Certificate of Service

I hereby certify that on the 26th day of November, 2007 a copy of the foregoing Rule 16 Statement of Defendant-Counterclaimant Johnson Truck Bodies, Inc. was served by ECF to:

Stephen M. Litwin, Esq.
One Ship Street
Providence, RI 02903

/s/ Mark A. Pogue