**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WAYNE ARNOLD,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | **C.A. No. 07-373-ML** |
| **JOHNSON TRUCK BODIES, INC.** | : | |
| | : | |
| **Defendants.** | : | |

**DISMISSAL STIPULATION**

The within matter having been resolved, the Complaint and all Counterclaims, may hereby be dismissed with prejudice, each party to pay its own costs and expenses.

9/2/08
Date

/s/ Mark A. Pogue
Mark A. Pogue #3441
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Telecopy 401-276-6611
Attorney for Defendant Johnson Truck Bodies, Inc.

9/2/08
Date

/s/ Stephen M. Litwin
Stephen M. Litwin #2974
One Ship Street
Providence, RI 02903
Tel. 401-273-5155
Attorney for Plaintiff Wayne Arnold